# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 10-63411 |
| Christine Stormer, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |

## NOTICE OF MOTION FOR RELIEF FROM STAY

The Ohio Valley Bank Company has filed papers with the court to obtain relief from the automatic stay.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.**)

If you do not want the court to grant the relief sought in the motion, of if you want the court to consider your views on the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you or your attorney must:

File with the court an answer explaining your position at:

Clerk's Office, U.S. Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Frank & Wooldridge Co., L.P.A., P.O. Box 6356, Columbus, Ohio 43206.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   December 10, 2010              /s/Gregory D. Wooldridge
                                       Gregory D. Wooldridge (0040964)
                                       P.O. Box 6356
                                       Columbus, OH 43206
                                       Telephone: (614) 221-1662
                                       Facsimile: (614) 221-5696
                                       Attorney for Movant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice was served by regular U.S. Mail, postage prepaid, this 10th  day of  December , 2010, upon the following:

Christine Stormer, 196 No Name Road, Piketon, Ohio 45661
Diana Khouri, Esq., Attorney for Debtor, 6300 Rockside Road, Suite 204, Cleveland, Ohio 44131
Susan L. Rhiel, Chapter 7 Trustee, 394 E. Town Street, Columbus, Ohio 43215
Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215

    /s/Gregory D. Wooldridge
Gregory D. Wooldridge (0040964)
Attorney for Movant