**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 03, 2011**



Charles M. Caldwell
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 10-63411 |
| CHRISTINE STORMER, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |
| | : | |

**ORDER GRANTING UNITED STATES TRUSTEE'S TO REVIEW ATTORNEY FEES, ORDER FEES RETURNED TO DEBTOR, AND CANCEL FEE AGREEMENT** (Docket No. 27)

This matter came on for consideration upon the United States Trustee's Motion requesting this Court to review the attorney fees received by Debtor's counsel, order such fees returned to the Debtor and further cancel the fee agreement between the Debtor and her counsel (Docket No. 27). No timely opposition was filed.

Good cause appearing, therefore:

**IT IS THEREFORE ORDERED** that the Motion of U.S. Trustee to Review Attorney Fees, Order Fees Returned to Debtor, and Cancel Fee Agreement be and it is hereby GRANTED.

**IT IS FURTHER ORDERED** that the fee agreement between the Debtor and Debtor's counsel, Diana Khouri, be and it is hereby CANCELED.

**IT IS FURTHER ORDERED** that Debtor's counsel, Diana Khouri, shall disgorge attorney fees in the amount of Eight Hundred and Ninety Nine ($899) Dollars paid by or on behalf of the Debtor within ten (10) days of the Entry of this Order.

**IT IS FURTHER ORDERED** that Debtor's counsel, Diana Khouri, shall submit evidence of the disgorgement to the Office of the United States Trustee within fourteen (14) days of the Entry of this Order.

**IT IS SO ORDERED**.

SUBMITTED BY:

 /s/ Daniel Craine
Daniel Craine (0083591)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 205
Facsimile: (614) 469-7448
Email: daniel.craine@usdoj.gov


Copies to: Default List


# # #