# United States Bankruptcy Court
## Southern District of Ohio
## 170 North High Street
## Columbus, OH 43215−2414

---

In Re: Christine Stormer

    Debtor(s)

SSN/TAX ID:
  xxx−xx−5606

Case No.: 2:10−bk−63411

Chapter: 7

Judge: Charles M Caldwell

---

## NOTICE OF HEARING

Notice is hereby given that a hearing has been set for:

ADDRESS: Courtroom B, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

DATE: 6/28/11

TIME: 01:00 PM

**TO CONSIDER:**

Status Hearing Regarding [30] Order on Motion For Sanctions. Ms. Khouri and Mr. Craine are required to attend this hearing.

**IT IS IMPORTANT** that all parties and counsel review the procedures detailed below that are to be followed in cases pending before Judge Caldwell. **These procedures are only for cases pending before Judge Caldwell.**

**TIME ALLOCATION:** Unless otherwise specified in this Notice of Hearing, the amount of time allowed for each matter is 1/4 hour. If more time is needed, please contact the Courtroom Deputy at (614) 469−6638, Ext. 229, within five days from receipt of this Notice.

**NEW ELECTRONIC EVIDENCE PROCEDURES EFFECTIVE IMMEDIATELY: Presentation of all exhibits for contested motions and applications, etc. shall be accomplished through the Court's electronic display system (document camera).** Counsel, however, shall provide an original hard copy of each exhibit to be retained by the Court as part of the record. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices then counsel must provide at least seven (7) days advance notice to the Courtroom Deputy to ensure security clearance, technical compatibility, and to arrange training on the use of the equipment. Courtroom equipment testing and setup of counsel−provided devices, are the responsibility of counsel, and should be completed prior to the hearing.

**SETTLEMENTS AND WITHDRAWALS:** If a pleading scheduled for hearing is withdrawn or the matter is settled, no one need appear at the scheduled hearing if an **E−MAIL** containing the debtor's name, case number, date of hearing, matter and disposition is sent to the Courtroom Deputy at **Caldwell287@ohsb.uscourts.gov BY NOON OF THE DAY** prior to the scheduled hearing. **E−MAILS WILL ONLY BE CHECKED ONCE A DAY AT NOON.** It is the responsibility of the person sending the e−mail to make sure that the appropriate parties are informed not to appear. The failure to upload the withdrawal or the agreed entry within **THIRTY DAYS** will prompt the entry of an order dismissing the matter or the appropriate action. **THIS PROCEDURE MAY NOT BE USED FOR CONTINUANCES, WHICH ARE ADDRESSED BELOW.**

**CONTINUANCES:** A continuance cannot be requested telephonically nor by e−mail. **SUCH CALLS OR E−MAILS WILL NOT BE ACCEPTED OR RETURNED.** A continuance request must be in the form of a written motion filed and served at least **seven (7)** days prior to the hearing. The request must contain the reasons, and if applicable, a representation that the request is by agreement of all affected parties. The motion should be accompanied by a proposed order, leaving the continuance date blank. No continuance will be granted fewer than seven days prior to the hearing, absent a showing of extraordinary circumstances. **IF THERE IS NO TIMELY CONTINUANCE REQUEST, THE PARTIES SHALL APPEAR.**

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: June 17, 2011

    FOR THE COURT:
    Kenneth Jordan
    Clerk, U.S. Bankruptcy Court