**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: August 02, 2011**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:  :  **Case No. 10-63411**

    Christine Stormer,  :

         : Chapter 13

    Debtor.  : Judge Caldwell

### ORDER REQUIRING THE PROVISION OF CERTAIN DOCUMENTS FROM DEBTOR'S COUNSEL DIANA KHOURI

Diana Khouri, counsel for Debtor in the above-captioned case, appeared before the Court in a status hearing regarding the United States Trustee's Motion for Contempt (Doc. No. 32). Based on Counsel Khouri's representations and statements during the hearing, Counsel is **ORDERED** to provide, within 30 days of the issuance of this order:

(1) Counsel's 2016(b) disclosures of compensation paid or promised to Counsel in every case in which she appeared before a Bankruptcy Court of the Southern District of Ohio;

(2) The original signature documents listed in ECF Procedure 7 retained by Counsel for the same cases; and

(3) An accounting of any monies paid to a "remote office" for their services to Debtors or Counsel in the same cases.

Failure by Counsel to provide this information, or some explanation for why she is unable to provide this information, will lead to the termination of Counsel's ECF privileges

without further notice or hearing, and the commencement of disbarment proceedings pursuant to Local Rule 2090-2.

**IT IS SO ORDERED.**

**Copies to:**
Default List