**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: August 31, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 10-63411 |
| | : | |
| CHRISTINE STORMER, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |
| | : | |

**AGREED ORDER GRANTING MOTION OF**

**UNITED STATES TRUSTEE FOR FED. R. BANKR. P. 2004**

**EXAMINATION AND PRODUCE DOCUMENTS** (Docket No. 39)

This matter came on for consideration pursuant to the U.S. Trustee's Motion for an order directing the Carl Lux to appear for a Fed. R. Bankr. P. 2004 Examination on September 8, 2011, at 10:00 a.m., at the United States Bankruptcy Court, 170 North High Street, Suite 200, Columbus, OH 43215 (Docket No. 39), and notice having been served as required. Carl Lux has provided the documents requested in his possession. The parties having agreed to the terms of the Order herein, and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the Motion of U.S. Trustee for an Order Directing Carl Lux to Appear for Fed. R. Bankr. P. 2004 Examination and Produce Documents is GRANTED.

**IT IS FURTHER ORDERED** that Carl Lux shall be available to appear for a Fed. R. Bankr. P. 2004 Examination on September 29, 2011 at 10:00 a.m., at the United States Bankruptcy Court, 170 North High Street, Suite 200, Columbus, OH 43215 or at another mutually convenient location or time.

**IT IS SO ORDERED.**


SUBMITTED BY:

DANIEL MCDERMOTT
UNITED STATES TRUSTEE FOR REGION 9

 /s/ Daniel Craine
Daniel Craine (0083591)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH  43215
Telephone: (614) 469-7411 ext. 205
Facsimile: (614) 469-7448
Email: daniel.craine@ust.doj.gov

by: /s/ Carl Lux per email authorization dated August 31, 2011
Carl Lux
Carl Lux and Associates
2135 Santa Anita Ave.
Altadena, CA 91001
Telephone: (626) 316-3449
Email: carlandrewlux@gmail.com

Copies to Default List - Plus Additional Parties:

Carl Lux and Associates
2135 Santa Anita Ave.
Altadena, CA 91001

# # #