**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*Charles M. Caldwell*
Charles M. Caldwell
United States Bankruptcy Judge

**Dated: September 12, 2011**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:

|  |  |  |
|---|---|---|
| Christine Stormer | : | **Case No. 10-63411** |
|  | : | Chapter 13 |
| Debtor. | : | Judge Caldwell |

### ORDER GRANTING COUNSEL'S REQUEST FOR AN EXTENSION OF TIME (DOC. NO. 44) TO RESPOND TO THE COURT'S ORDER

Ms. Diana Khouri, Counsel to Debtor in the above-captioned case, requested 30 additional days to comply with this Court's order requiring the provision of certain documents (Doc. No. 37). The Court **GRANTS** Counsel's Motion, extending the deadline for filing the documents detailed in its earlier order by 30 days from the date of filing this order. However, further extensions of this deadline will not be granted.

**IT IS SO ORDERED.**

**Copies to:**

Default List