**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 30, 2011**

Charles M. Caldwell
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | **Case No. 10-63411** |
| Christine Stormer, | : | |
| | : | Chapter 13 |
| Debtor. | : | Judge Caldwell |

### ORDER REQUIRING THE FURTHER PRODUCTION OF DOCUMENTS FROM DEBTOR'S COUNSEL DIANA KHOURI

Ms. Diana Khouri, Counsel to Debtor in the above-captioned case, was ordered to produce certain documents to the Court (Doc. No. 37) regarding Counsel's fees and relationship to a remote office. Ms. Khouri provided some of the required documents and requested an extension of time in order to provide the rest of the documents (Doc. No. 44). The Court granted Ms. Khouri's request, extending the document production date until October 6, 2011 (Doc. No. 45).

After review of the documents provided to the Court thus far, the Court further others that Ms. Khouri, by the October 6, 2011, deadline shall:

- Certify that the information in the 2016(b) statements provided in cases 10-62024, 10-63411, and 11-50835[1] are correct, specifically that no Debtor prepaid their attorney fees;

- Provide a statement or written information regarding the identity of any individual that collected money paid from Debtors, or any address where Debtors sent fee payments; and

- Provide a statement regarding Counsel's fee arrangements and communication with the remote office.

**IT IS SO ORDERED.**

**Copies to:**
Default List
Hon. Jeffery P. Hopkins
Hon. John E. Hoffman, Jr.
Hon. Lawrence S. Walter
Hon. C. Kathryn Preston
Hon. Guy R. Humphrey
Hon. Beth A. Buchanan
Hon. Burton Perlman

---

[1] Cases before other Judges: Hopkins: 10-17646, 10-17737, 10-18334, 10-18456; Hoffman: 10-62469, 10-64471; Walter: 11-30025; Preston: 11-50796;Humphrey: 11-30150, 11-30201, 11-30226; Buchanan: 10-18254; Perlman: 10-17990, 10-18276.